IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA M. FRANKLIN, individually, and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| v. ) | No. 18-0322-CV-W-BP |
| ) | |
| LEXINGTON INSURANCE COMPANY, ) ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_\_X\_\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

ORDER Plaintiff's Motion to Remand is **GRANTED** and the case is **REMANDED** to the Circuit Court for Jackson County, Missouri.

Dated : 8/1/2018

/s/Paige Wymore-Wynn
Clerk of Court

/s/ K. McIlvain
Deputy Clerk